UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-36175 |
|---|---|
|     LARRY CHRISTOPHER RIGGS | (Chapter 13) |
|     MOLLY ANN RIGGS | |
|                                 Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077782**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | LARRY CHRISTOPHER RIGGS & MOLLY ANN RIGGS<br>2830 SUTTON AVENUE<br>KETTERING, OH  45429 | 4.82 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/19/2011

Certificate of Service    05-36175

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| LARRY CHRISTOPHER RIGGS | MOLLY ANN RIGGS | HAROLD W WAMPLER I I I |
| --- | --- | --- |
| 2830 SUTTON AVENUE | 120 DEVONHURST DR | 1343 WOODMAN DR |
| KETTERING, OH  45429 | APT F | STE B |
|  | KETTERING, OH  45429 | DAYTON, OH  45432 |

| (29.1n) | (30.1n) | (32.1n) |
| --- | --- | --- |
| B FIRST LLC | CAPITAL ONE AUTO FINANCE | CHRIS STEFANI |
| MAIL STOP 550 | % ASCENSION CAPITAL GROUP | JOHN DEERE CREDIT |
| 2101 FOURTH AVENUE SUITE 1030 | BOX 201347 | BOX 6600 |
| SEATTLE, WA  98121 | ARLINGTON, TX  76006 | JOHNSTON, IA  50131 |

| (33.1n) | (31.1n) | (40.1n) |
| --- | --- | --- |
| ECAST SETTLEMENT CORPORATION | RESURGENT CAPITAL SERVICES | STEVEN H PATTERSON |
| BOX 35480 | FOR LVNV FUNDING LLC | BOX 5480 |
| NEWARK, NJ  07193 | BOX 10675 | CINCINNATI, OH  45201 |
|  | GREENVILLE, SC  29603 |  |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv